Gregory Lee King, D'Arezzo
200 South Russell Avenue
Douglas, Wyoming Zip Exempt
Converse County
(307)258-9470
gregdarezzo@gmail.com

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 DEC 27 PM 2:28

MARGARET BOTKINS, CLERK
CASPER

UNITED STATES DISTRICT COURT

GREGORY LEE KING D'AREZZO

    Claimant,

vs.

GUILD MORTGAGE

REPRESENTED BY HALLIDAY, WATKINS & MANN

    Defendant,

Case No.: 23-cv-242-SWS

## CIVIL COMPLAINT

I have suffered injury as a result of extortion-related trespass.

Dated this day of the good Lord December 27, 2023

*Gregory Lee King, D'Arezzo*

CIVIL COMPLAINT - 1