# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:41 am, 9/25/24

**Margaret Botkins**
**Clerk of Court**

GREGORY LEE KING D'AREZZO,

                        Plaintiff

vs                                           Case Number: 1:23-CV-00242-SWS

GUILD MORTGAGE COMPANY,

                        Defendant

## JUDGMENT IN A CIVIL ACTION

This matter comes before the Court on Plaintiff Gregory Lee King D'Arrezo's Motion for Summary Judgment (ECF 10) and Defendant Guild Mortgage Company's Motion for Summary Judgment (ECF 18). Pursuant to the Order entered September 24, 2024 (ECF 45), incorporated by reference herein, Defendant Guild Mortgage Company's Motion for Summary Judgment (ECF 19) is GRANTED.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in the Defendant's favor. Plaintiff D'Arezzo's Motions for Summary Judgment (ECF 10), Preliminary Injunction (ECF 37), and for an Emergency Hearing on Preliminary Injunction (ECF 39) are DENIED. All other deadlines and motions are hereby terminated, and the case is closed.

Dated this 25th day of September, 2024.

                                                                    Margaret Botkins
                                                                    Clerk of Court

                                                                    By Elayna Thorsell
                                                                    Deputy Clerk